**Order entered March 18, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00244-CV**

**CITY OF DALLAS, Appellant**

**V.**

**BRIGHT SIAW-AFRIYIE, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02654**

## ORDER

Before the Court is appellant's March 15, 2019 first motion for extension of time to file its opening brief. We **GRANT** the motion and **ORDER** the brief due on or before April 26, 2019.

/s/  BILL WHITEHILL
    JUSTICE